SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>Haulaway Storage Containers,<br><br>Inc., et al,<br><br>　　　　Defendants | ) Case No. **2:12-cv-01123-JAM-AC**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date: 1/14/2014

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　Judge of the United States
　　　　　　　　　　　　　　　　District Court

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-1123-JAM-AC- 1